CLOSED,BKREF,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:15−cv−01699−NRB
*Internal Use Only*

Dong v. Miller et al  
Assigned to: Judge Naomi Reice Buchwald  
Related Case: 1:15−cv−01696−NRB  
Case in other court: State Court−Supreme, 650502−2015  
Cause: 28:1446nr Notice of Removal

Date Filed: 03/06/2015  
Date Terminated: 03/06/2015  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Chun Peter Dong**  
*individually and derivatively on behalf of*  
*45 John Lofts LLC*

V.

**Defendant**

**Chaim Miller**  
*also known as*  
Harry Miller

**Defendant**

**Sam Sprei**

**Defendant**

**HS 45 John LLC**     represented by **Kevin J. Nash**  
Goldberg Weprin Finkel &Goldstein LLP  
1501 Broadway  
22nd Floor  
New York, NY 10036  
212−344−2929  
Fax: 212−422−6836  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Quick Titile Serach LLC**

**Defendant**

**Abraham Teitelbaum**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2015 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 650502−2015. (Filing Fee $ 350.00, Receipt Number not indicated).Document filed by HS 45 John LLC.(laq) (mps). (Entered: 03/11/2015) |
| 03/06/2015 | | CASE REFERRED TO Judge Naomi Reice Buchwald as possibly related to 15cv1696. (laq) (Entered: 03/11/2015) |
| 03/06/2015 | | Case Designated ECF. (laq) (Entered: 03/11/2015) |
| 03/06/2015 | 2 | CIVIL COVER SHEET filed. (laq) (mps). (Entered: 03/11/2015) |
| 03/06/2015 | | ***NOTICE TO ATTORNEY TO SUBMIT RELATED CASE STATEMENT. Notice to Attorney Kevin J. Nash, for noncompliance with |

| | | |
|---|---|---|
| | | **Local Civil Rule 13 of the Rules for the Division of Business Among Judges. Attorney must submit Related Case Statement for filing. Send a hard copy of the Related Case Statement form to: Clerk's Office, Finance Unit, 500 Pearl Street, Room 120, New York, NY 10007 and send a PDF of the Related Case Statement form to caseopenings@nysd.uscourts.gov. (laq)** (Entered: 03/11/2015) |
| 03/06/2015 | 7 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 650502−2012. Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12−mc−00032 (M−10−468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (laq) (Entered: 03/17/2015) |
| 03/06/2015 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court − Southern District of New York. er.. (laq) (Entered: 03/17/2015) |
| 03/13/2015 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by HS 45 John LLC.(Nash, Kevin) (Entered: 03/13/2015) |
| 03/13/2015 | 4 | AFFIDAVIT OF SERVICE. Document filed by HS 45 John LLC. (Berkowitz, Jeffrey) (Entered: 03/13/2015) |
| 03/16/2015 | | **\*\*\*NOTICE TO ATTORNEY TO SUBMIT RELATED CASE STATEMENT. Notice to Attorney Kevin J. Nash, for noncompliance with Local Civil Rule 13 of the Rules for the Division of Business Among Judges. Attorney must submit Related Case Statement for filing. Send a hard copy of the Related Case Statement form to: Clerk's Office, Finance Unit, 500 Pearl Street, Room 120, New York, NY 10007 and send a PDF of the Related Case Statement form to caseopenings@nysd.uscourts.gov. (laq)** (Entered: 03/16/2015) |
| 03/16/2015 | 5 | FIRST LETTER addressed to Judge Naomi Reice Buchwald from Peter Silverman dated 03/16/2015 re: Extension of Temporary Restraining Order or Requesting a Hearing. Document filed by Chun Peter Dong. (Attachments: # 1 Attachment to letter to Honorable Buchwald (pt 1), # 2 Attachment to letter toHonorable Buchwald (pt 2), # 3 Attachment to letter to Honorable Buchwald (pt 3), # 4 Attachment to letter to Honorable Buchwald (pt 4))(Schneider, Donald) (Entered: 03/16/2015) |
| 03/16/2015 | 6 | RELATED CASE AFFIRMATION of Kevin J. Nash re: that this action be filed as related to 15−01696. Document filed by HS 45 John LLC.(Nash, Kevin) (Entered: 03/16/2015) |
| 03/17/2015 | | CASE ACCEPTED AS RELATED. Create association to 1:15−cv−01696−NRB. Notice of Assignment to follow. (pgu) (Entered: 03/17/2015) |
| 03/17/2015 | | NOTICE OF CASE ASSIGNMENT to Judge Naomi Reice Buchwald. Judge Unassigned is no longer assigned to the case. (pgu) (Entered: 03/17/2015) |
| 03/17/2015 | | Magistrate Judge Sarah Netburn is so designated. (pgu) (Entered: 03/17/2015) |